In the Matter of the Claim of ELISA EHRMANN, Claimant, for Unemployment Insurance Benefits.

EDWARD CORSI, as Industrial Commissioner, Appellant; GEORGE U. CLAUSEN et al., Respondents.

Argued October 4, 1944; decided November 16, 1944.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Orrin G. Judd* of counsel), for appellant.

*Morton L. Fearey* and *Joseph Kleiner* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.